**Order entered November 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00689-CR

### AMON TAWANDA DZWAIRO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82237-2013**

## ORDER

The Court **GRANTS** court reporter Indu A. Bailey's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Bailey to file the reporter's record within **FIVE (5) DAYS** from the date of this order.

/s/      ADA BROWN
         JUSTICE